UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DESHEILA HOWLETT,<br><br>Plaintiff,<br><br>vs.<br><br>WARREN, CITY OF, LAWRENCE GARDNER, SHAWN JOHNSON, DAWN MCLANE, BARBARA BYER, MICHAEL SAUGER, ANWAR KHAN, BARBARA BEYER, JERE GREEN, DARRIN LABIN, WILLIAM ROSS, KEVIN BARNHILL, PAUL HOUTOS, SCOTT TAYLOR,<br><br>Defendants. | 4:17-CV-11260-TGB<br><br>ORDER RE: STATUS CONFERENCE |

On August 24, 2018, Plaintiff requested a telephonic conference with the Court. The conference was held on August 28, 2018. During the conference, Plaintiff sought leave to file a motion to continue the deposition of Mayor Fouts, which had been conducted on August 23, 2018.

Parties were directed to submit the transcript of the deposition and any attached exhibits for in camera review. The Court has received these documents.

After reviewing the materials in camera, the Court will issue an order indicating whether sufficient grounds exist to continue the deposition.

Further, the due date for dispositive motions remains September 20, 2018.

DATED this 29th day of August, 2018.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge