# Exhibit 31

## TASK 15: DEPARTMENT POLICIES / PROCEDURES

Review the following department General Orders, Policies and Procedures. Fill-in the dates when they have been reviewed:

### DATE:

| Date | G.O. | Title |
|---|---|---|
| 10-11-06 | G.O. 02-28 | Use of Deadly Force |
| 9-21-06 | G.O. 05-02 | Pursuit Driving |
| 10-11-06 | G.O. 06-01 | Towed Vehicles |
| 10-11-06 | G.O. 02-23 | Property Handling at Police Headquarters |
| 10-11-06 | G.O. 03-08 | Domestic Violence |
| 10-11-06 | G.O. 99-13 | Evidence – Shoplifting |
| 9-26-06 | G.O. 02-16 | Lunch Periods and Restaurant Patronage |
| 9-27-06 | G.O. 99-14 | Removal of the Body of a Deceased Person by W.P.D. Personnel |
| 10-11-06 | G.O. 02-17 | Motor Vehicle Accidents/Damage to City Vehicles or Property |
| 10-12-06 | G.O. 03-01 | Discrimination and Sexual Harassment |
| 10-11-06 | G.O. 03-02 | Rules of Conduct |
| 10-12-06 | G.O. 01-05 | Transporting Prisoners |
| 9-26-06 | G.O. 89-03 | News Media Guidelines |
| 10-11-06 | G.O. 02-06 | Non-Lethal Force |
| 10-12-06 | G.O. 05-02 | Prisoner Processing |
| 10-12-06 | G.O. 87-10 | Required Response by Road Supervisor |
| 10-12-06 | G.O. 02-08 | F.T.O. Program |

**GENERAL ORDERS / REFERENCES:**

| EXPLAINED: | | | DEMONSTRATED: | | | PERFORMED: | | |
|---|---|---|---|---|---|---|---|---|
| DATE: | INITIAL: | BADGE: | DATE: | INITIAL: | BADGE: | DATE: | INITIAL: | BADGE: |
| 10-12-06 | DH | 155 / 141 | 10-12-06 | SP | 155 / 141 | 10-11-06 | SP | 155 / 141 |

I certify that I have been trained and demonstrated proficiency in the above Task List topic.

_____ 155    10-12-06    _____ 141
PROBATIONARY OFFICER: / BADGE:    DATE:    FIELD TRAINING OFFICER: / BADGE:

Defs Initial Disclosures - 001033