# INDEX OF EXHIBITS

**Exhibit A**   Deposition of Plaintiff DeSheila Howlett

**Exhibit B**   Plaintiff's Supplements to Defendants' First Set of Interrogatories and Requests for Production of Documents dated 10/23/2019

**Exhibit C**   Deposition of Anwar Khan

01045138-1