# EXHIBIT C

00774725-1

# *In The Matter Of:*

## Desheila Howlett v. City of Warren

## Officer Anwar Khan

## May 4, 2018



Court Reporting and Video

Officer Anwar Khan
May 4, 2018

## Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DESHEILA C. HOWLETT,
    Plaintiff,
vs.    Case No. 17-11260
    Hon. Terence G. Berg
    Mag. Judge Steven Whalen
CITY OF WARREN; COMMISSIONER JERE GREEN, acting in his individual capacity; LT. LAWRENCE GARDNER; SHAWN JOHNSON; DAWN MCLANE; ANWAR KHAN; DARRIN LABIN; WILLIAM ROSS; KEVIN BARNHILL; PAUL HOUTOS; SCOTT TAYLOR,
    Defendants.

The Deposition of OFFICER ANWAR KHAN
Taken at 1 City Square
Warren, Michigan
Commencing at 10:05 a.m.
Friday, May 4, 2018
Before Joanne Marie Bugg, CSR-2592, RPR, RMR, CRR

## Page 2

1  APPEARANCES:
2
3  LEONARD MUNGO
4  The Mungo Law Firm, P.L.C.
5  333 West Fort Street, Suite 1500
6  Detroit, Michigan 48226
7  313.963.0407
8  mungol16@msn.com
9    Appearing on behalf of the Plaintiff.
10  JAMES R. ACHO
11  ELIZABETH RAE-O'DONNELL
12  Cummings, McClorey, Davis & Acho, P.C.
13  17436 College Parkway
14  Livonia, Michigan 48152
15  734.261.2400
16  jacho@cmda-law.com
17  erae@cmda-law.com
18    Appearing on behalf of the Defendants.
19  ETHAN VINSON
20  City of Warren, City Attorney's Office
21  1 City Square, Suite 400
22  Warren, Michigan 48093
23  586.574.4671
24  evinson@cityofwarren.org
25    Appearing on behalf of the Defendants.

## Page 3

1  TABLE OF CONTENTS
2  WITNESS    PAGE
3  OFFICER ANWAR KHAN
4
5  EXAMINATION BY MR. MUNGO:    4
6  EXAMINATION BY MR. ACHO:    116
7  RE-EXAMINATION BY MR. MUNGO:    123
8  RE-EXAMINATION BY MR. ACHO:    135
9
10  EXHIBITS
11
12  EXHIBIT    PAGE
13  (Exhibits attached to transcript.)
14  DEPOSITION EXHIBIT 1    17
15  General Order 1/10/2013
16  DEPOSITION EXHIBIT 2    35
17  General Order 7/24/2017
18  DEPOSITION EXHIBIT 3    61
19  Phase I Assessment for Officer Howlett
20  DEPOSITION EXHIBIT 4    68
21  Phase II Recommendation - PO Howlett
22  DEPOSITION EXHIBIT 5    63
23  Phase III Assessment for Officer D. Howlett #155
24  DEPOSITION EXHIBIT 6    73
25  PO Desheila Howlett #165 Phase #3 Assessment

## Page 4

1  Warren, Michigan
2  Friday, May 4, 2018
3  10:05 a.m.
4
5    OFFICER ANWAR KHAN,
6  was thereupon called as a witness herein, and after
7  having first been duly sworn to testify to the truth,
8  the whole truth and nothing but the truth, was examined
9  and testified as follows:
10    EXAMINATION
11  BY MR. MUNGO:
12  Q.  Sir, could you state your full correct name, legal
13    name, for the record. And that's what I meant, your
14    full legal name.
15  A.  First name is Anwar, A-N-W-A-R.
16  Q.  I'm so sorry.
17  A.  Go ahead.
18  Q.  And then spell it for us, please, so that we have it
19    correct. Thank you.
20  A.  All right. First name is Anwar, A-N-W-A-R. Last name is
21    K-H-A-N, Khan.
22  Q.  No middle initial?
23  A.  M.
24  Q.  What does that stand for, sir?
25  A.  It's Mohommed, M-O-H-O-M-M-E-D.

1 (Pages 1 to 4)

Officer Anwar Khan
May 4, 2018

Page 121

1  We got to go find him." So one guy leaves. Ten
2  minutes later another guy leaves. A few minutes later,
3  another one leaves. Well, they're like, "Can you watch
4  the car? We'll be back in a minute." She goes inside.
5      Another officer pulls up and sees Desheila.
6  And he runs the plate of the car that she's standing
7  next to, and it comes back a stolen vehicle. So at that
8  point he's like, "Desheila, an unoccupied stolen car?"
9  She said, "No, there was five guys here. It's stolen?"
10 "Yeah, it's a stolen car." She's like, "Oh, the guys
11 are inside. They said they had to go get their –"
12 Like, okay. So they started calling units over.
13      And from that point, this is Desheila's now.
14 This is her baby. This is hers. She's the one who
15 initiated. She's the one. She's going to deal with it.
16 But everyone's flying from every part of the city
17 lights and sirens to help her. They get all the way
18 over, and they find one of the guys here, one on the
19 freeway running across. They're screaming on the air,
20 hey, there's one across 696. One's going this way.
21      Well, Desheila finally gets on the road, and
22 another officer is coming up behind her. And next
23 thing you know, dispatch goes over the air and says,
24 can anyone break for a possible injury accident in
25 Madison Heights? Desheila locks up her brakes, the

Page 122

1  officer behind her clips her, goes around. She flips
2  the car around, and starts heading the other direction
3  to go to check on this accident, which isn't even ours.
4  It's Madison Heights. I mean, this is yours. This is
5  your -- you know, you initiated this. They got away
6  from you. Now guys are coming to help you, and your
7  mindset is just to just ignore it, and go handle
8  something, and an officer hits you?
9  Q. It was a bad day for her?
10 A. Every day was like that.
11 Q. Okay. Finally, are you familiar with a gentleman named
12    Art Gil?
13 A. Yes, I am.
14 Q. Okay. Art Gil is currently under criminal indictment,
15    is he not?
16 A. Yes, he is.
17 Q. And that is for making false accusations and reports
18    about you, correct?
19 A. Myself and my family, correct.
20 Q. Okay. Art Gil has been found to be a perjurer in the
21    past; is that right?
22 A. Yes, it is.
23 Q. He's looking at jail time?
24 A. Correct.
25 Q. Nothing he says to anyone should be considered

Page 123

1     credible, should it?
2  A. No, sir.
3     MR. ACHO: I have nothing further.
4        RE-EXAMINATION
5  BY MR. MUNGO:
6  Q. Okay. You had gotten in a fight with Gil, correct?
7  A. A fistfight, sir?
8  Q. Any kind of fight.
9  A. Argument?
10 Q. Any kind of fight, physical or otherwise? You've been
11    in fights with him, or at least one fight with Gil,
12    correct?
13 A. I've never had a fight with Art Gil, never.
14 Q. Physical or verbal?
15 A. Nope.
16 Q. Okay. Did he ever threaten you?
17 A. Oh, yeah.
18 Q. Had you ever threatened him?
19 A. No. He's a supervisor.
20 Q. Okay. So you never threatened him?
21 A. No way.
22 Q. All of these so-called performance issues that you're
23    testifying to that Ms. Howlett had were all during the
24    time in which you worked with her; is that correct?
25 A. I'm sorry?

Page 124

1  Q. You just answered a series of questions from opposing
2     counsel regarding the kind --
3     MR. ACHO: Can you lower your voice?
4  A. I can hear you fine.
5  BY MR. MUNGO:
6  Q. Well, sir, when you put your hand behind your ear, and
7     lean forward, and point your ear towards me, I'm going
8     to speak a little louder, okay?
9  A. Go ahead.
10 Q. All right. So if you're not having problems, I won't do
11    that, okay?
12 A. Good.
13 Q. I'm trying to accommodate you. Okay. So counsel just
14    asked you a series of questions regarding Ms. Howlett,
15    and you're saying how her performance was subpar?
16 A. Horrendous.
17    MR. ACHO: Let him finish.
18 BY MR. MUNGO:
19 Q. Let me finish my question.
20 A. I'm sorry. I'm sorry.
21 Q. You answered counsel's questions.
22 A. Yes.
23 Q. Indicating that Ms. Howlett's performance as a police
24    officer was subpar?
25 A. Yes.

31 (Pages 121 to 124)