# **INDEX OF EXHIBITS**

**Exhibit A**   Deposition of Plaintiff DeSheila Howlett

**Exhibit B**   Plaintiff's Supplemental Responses to Defendants' First Set of Interrogatories and Requests for Production of Documents dated 8/31/2018

**Exhibit C**   Plaintiff's Responses to Defendants City of Warren, Green, Gardner, Johnson, McLane, Khan, Ross, Barnhill, Houtos, and Taylor's First Set of Interrogatories and Request for Production of Documents dated 9/12/2017