## **INDEX OF EXHIBITS**

A      Murray Affidavit, 1/17/2018

B      Murray Deposition Transcript, 1/29/2018

C      Murray Deposition Transcript, 2/26/2018

D      Notice of Deposition of Murray on 1/29/18

E      Murray Deposition Transcript, 8/6/18

01045273-1