# EXHIBIT D

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

DESHEILA C. HOWLETT,

    Plaintiff,

v.

CIVIL NO. 17-11260
Hon. Terence G. Berg
Mag. R. Steven Whalen

CITY OF WARREN; COMMISSIONER JERE GREEN, acting in his individual capacity; LT. LAWRENCE GARDNER; SHAWN JOHNSON; DAWN MCLANE; ANWAR KHAN; DARRIN LABIN; WILLIAM ROSS; KEVIN BARNHILL; PAUL HOUTOS; SCOTT TAYLOR

    Defendants.

| | |
|---|---|
| Leonard Mungo<br>The Mungo Law Firm, PLC<br>**Attorneys for Plaintiff**<br>333 W. Fort St.<br>Suite 1500<br>Detroit, MI 48226<br>(313) 963-0407<br>(313) 963-0200 (fax)<br>Mungo116@msn.com | Ronald G. Acho (P23913)<br>Elizabeth Rae-O'Donnell (P41529)<br>James R. Acho (P62175)<br>Cummings, McClorey, Davis, & Acho, PLC<br>**Attorneys for Defendants**<br>33900 Schoolcraft, Livonia, MI 48150<br>(734) 261-2400 / (734) 261-2400 (Fax)<br>racho@cmda-law.com<br>erae@cmda-law.com<br>jacho@cmda-law.com<br><br>Ethan Vinson (P26608)<br>City of Warren, City Attorney<br>**Co-Counsel for Defendants**<br>1 City Square, Suite 400<br>Warren, MI 48093-5390<br>(586) 574-4671 / (586) 574-4530 (Fax)<br>evinson@cityofwarren.org |

**PLAINTIFF'S RENOTICE OF DEPOSITION OF GREGORY MURRAY**

PLEASE TAKE NOTICE that the Plaintiff, DESHEILA C. HOWLETT, will take the deposition of Gregory Murray on January 29, 2018, beginning at 10:00 a.m. and continuing until completion. The deposition will take place before a notary public court reporter/stenographer and will take place at The Mungo Law Firm, PLC, 333 W. Fort St., Suite 1500, Detroit, MI 48226.

You are invited to attend and examine the deponent.

Respectfully Submitted,

/s/ Leonard Mungo
**THE MUNGO LAW FIRM, P.L.C.**
Leonard Mungo (P43562)
Attorneys for Plaintiff

January 18, 2018

## PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing instrument, Plaintiff's ReNotice of Deposition of Gregory Murray was served upon all attorneys of record to all parties to the above cause on January 18, 2018 via U.S. Mail and electronic mail at their respective addresses as disclosed by the pleadings of record herein. I declare under penalty of perjury that the statement above is true to the best of my information, knowledge and belief.

By:   __XX__ U.S. Mail        _____ FAX        __XX__ Electronic Mail

/s/ Francisco Lozano
Francisco Lozano