# EXHIBIT A

00774725-1

# *In The Matter Of:*

## Desheila Howlett v. City of Warren

## Mayor James Fouts

## August 23, 2018



Carroll
Court Reporting and Video

Mayor James Fouts
August 23, 2018

## Page 1

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DESHEILA C. HOWLETT,

    Plaintiff,

-vs-    Case No. 17-11260

    Hon. Terrance G. Berg

CITY OF WARREN, COMMISSIONER JERE    Mag. R. Steven Whalen
GREEN, acting in his individual
capacity, LT. LAWRENCE GARDNER;
SHAWN JOHNSON; DAWN McLANE; ANWAR
KHAN; DARRIN LABIN; WILLIAM ROSS;
KEVIN BARNHILL; PAUL HOUTOS;
SCOTT TAYLOR,

    Defendants.
_____/

    The Deposition of MAYOR JAMES R. FOUTS,
    taken at Warren City Hall, 1 City Square,
    Warren, Michigan, commencing at 11:35 a.m.,
    on Thursday, August 23, 2018.
    Reporter: Pamela Moceri, CSR-2285

## Page 2

1    APPEARANCES:
2
3    LEONARD MUNGO, ESQ. (P43562)
4    The Mungo Law Firm, PLC
5    333 W. Fort Street, Suite 1500
6    Detroit, Michigan 48226
7    email: Mungo16@msn.com
8    (313) 963-0407
9        Appearing on behalf of Plaintiff.
10
11    RONALD G. ACHO, ESQ. (P23913)
12    Cummings, McClorey, Davis & Acho, PLC
13    17436 College Parkway
14    Livonia, Michigan 48152
15    email: Racho@emda-law.com
16    (734) 261-2400
17        -and-
18    ETHAN VINSON, ESQ. (P26608)
19    City of Warren
20    1 City Square, Suite 400
21    Warren, Michigan 48093
22    email: Evinson@cityofwarren.org
23    (586) 574-4671
24        Appearing on behalf of Defendants.
25

## Page 3

1    APPEARANCES CONTINUED:
2
3    RAECHEL M. BADALAMENTI, ESQ. (P64361)
4    Kirk, Huth, Lange & Badalamenti, PLC
5    19500 Hall Road, Suite 100
6    Clinton Township, Michigan 48038
7    email: Rbadalamenti@khlblaw.com
8    (586) 412-4900
9        Appearing on behalf of Non-Party City of Warren
10    Mayor Jim Fouts Only.
11
12    ALSO PRESENT:  Amanda Mika
13        Richard Sabaugh

## Page 4

TABLE OF CONTENTS
WITNESS: MAYOR JAMES R. FOUTS
        PAGE
Cross-Examination by Mr. Mungo    7

EXHIBITS
| EXHIBIT | IDENTIFICATION | PAGE |
|---|---|---|
| | (Exhibits attached to transcript.) | |
| Exhibit 1 | Municode | 20 |
| Exhibit 2 | Antidiscrimination, Sexual and Racial Harassment Policy | 94 |
| Exhibit 3 | Diversity Commissioner | 94 |
| Exhibit 4 | USCIS Form 1-9 | 94 |
| Exhibit 5 | Antidiscrimination, Sexual and Racial Harassment Policy | 95 |
| Exhibit 6 | General Order 17-09 | 95 |
| Exhibit 7 | Diversity and Inclusion Coordinator | 95 |
| Exhibit 8 | Affidavit of Gregory A. Murray | 95 |
| Exhibit 9 | 10/24/17 Murray email to Fouts re Resignation Consideration | 95 |
| Exhibit 10 | First Amended Complaint | 107 |
| Exhibit 11 | Opinion | 107 |

Mayor James Fouts
August 23, 2018

Page 53

1  MS. BADALAMENTI: And that was paragraph 4
2  just for the record.
3  MR. MUNGO: I'm sorry, ma'am?
4  MS. BADALAMENTI: That was paragraph 4
5  just for the record.
6  MR. MUNGO: No, no, no, no.
7  MS. BADALAMENTI: What he just read was 4.
8  MR. ACHO: You misstated it, Mr. Mungo.
9  MS. BADALAMENTI: I just want to clarify
10 for the record.
11 MR. ACHO: You misstated it was 5 when it
12 was actually number 4.
13 MR. MUNGO: You may be right, Counsel,
14 excuse me.
15 MS. BADALAMENTI: I know that I am because
16 I know what he just read, but now we're on 5.
17 MR. MUNGO: Ms. Badalamenti, I'm not
18 trying to argue with you, ma'am. I'm just trying
19 to --
20 MS. BADALAMENTI: Let's just keep going.
21 Do you want him to read number 5?
22 THE WITNESS: Number 5 --
23 BY MR. MUNGO:
24 Q. Excuse me, sir, there's no question pending.
25 MR. MUNGO: Counsel, I'm just trying to

Page 54

1  make sure we stay on track and that we keep this as
2  smooth as possible, okay. That's all, ma'am.
3  MS. BADALAMENTI: Let's keep going.
4  THE WITNESS: All right.
5  BY MR. MUNGO:
6  Q. Sir, hold on to my question. So, Mr. Mayor, which
7  item did you just answer to --
8  A. 4.
9  Q. -- number 4 or number 5?
10 A. 4.
11 Q. Okay, very good.
12 A. I'm reading 5 now.
13    "Authenticate by his signature such
14 instruments and proceedings as are required to be
15 authenticated by him by law or the council."
16 I would agree with that.
17 Q. Okay, very good.
18    Now, Mr. Mayor, I want to ask you
19 specifically about item number 10.
20 A. Well, wait a minute, I want to go through all of
21 these. You jumped.
22 Q. Well, you can go back and go through them, sir.
23 A. No, no.
24 Q. You can go back and go through them, sir. I want to
25 ask --

Page 55

1  A. Mr. Mungo --
2  Q. -- I want to ask you about specific ones first, and
3  then you can go back and get any ones that you feel
4  you want to add, you want to address, okay.
5  MS. BADALAMENTI: Hold on a second.
6  Here's what we'll do.
7  Go with his question, try and answer them.
8  If you can't, Mr. Mayor, then you can't, but try to
9  answer his questions because he directs the
10 deposition.
11 So he wants to take you to 10. You've
12 told him that you can't do that, but let's just try.
13 THE WITNESS: Okay.
14 BY MR. MUNGO:
15 Q. And then, Mr. Mayor, if you want to go back and hit
16 others that you want to talk about, you can feel free
17 to do that, okay, if you think they're relevant.
18 Number 10, does that particular
19 responsibility apply to you, sir?
20 A. In a general sense, but the definition of efficient
21 administration I'm not sure how that would be defined.
22 I appoint the --
23 Q. So I'll accept the answer in a general sense; that's
24 good enough for me, okay.
25 A. All right.

Page 56

1  Q. Well, what about number 11?
2  MR. ACHO: Well, hold on, he wasn't
3  finished.
4  MS. BADALAMENTI: That's fine. In a
5  general sense is fine.
6  THE WITNESS: In a general sense is fine.
7  MR. ACHO: He wasn't finished.
8  MR. MUNGO: Mr. Acho, I'm fine, sir, with
9  however you want to do this, you and Ms. Badalamenti,
10 but, you know, I'm getting conflicting signals and
11 directions from you guys, and then you're over talking
12 each other with your objections.
13 So I'm just saying, sir, I'm willing to do
14 it however you guys want to do it, but let's just do
15 it orderly, please.
16 MR. ACHO: I'm just following the Federal
17 Rules of Civil Procedure.
18 MR. MUNGO: I know you are, sir, but
19 you've got to do it orderly, right?
20 MR. ACHO: You see you're talking over me.
21 MR. MUNGO: I apologize.
22 MR. ACHO: The Federal Rules of --
23 MR. MUNGO: Let me know when you're done.
24 MR. ACHO: You're talking over me again.
25 The Federal Rules of Civil Procedure require attorneys

14 (Pages 53 to 56)

Mayor James Fouts
August 23, 2018

Page 57

1 inquiring of witnesses to allow the witnesses to fully
2 and completely answer all the questions.
3 　　　On item 10, the mayor was not finished.
4 He only covered the first part of that. He didn't go
5 over the rest of number 10.
6 　　　MR. MUNGO: Okay. You can ask him about
7 that when you ask questions.
8 　　　MR. ACHO: Okay, so you won't let him
9 finish; is that correct? Is that correct?
10 　　　MR. MUNGO: Let me know when you're done.
11 　　　MR. ACHO: I'm asking you a question.
12 　　　MR. MUNGO: I'm not going to answer that
13 question.
14 　　　MR. ACHO: All right, okay, all right.
15 BY MR. MUNGO:
16 Q. Sir, item number 11.
17 　　　MS. BADALAMENTI: The reality is that
18 Mr. Mungo controls the deposition, and if he cuts you
19 off and stops you, we're just going to keep going.
20 BY MR. MUNGO:
21 Q. Item number 11, Mr. Mayor, does that apply to you
22 either specifically or generally?
23 A. Well, let me read it, first of all.
24 Q. Yes, sir.
25 A. And I'll read it out loud just so you can hear it,

Page 58

1 too.
2 　　　MS. BADALAMENTI: Just go nice and slow
3 for the court reporter now.
4 　　　THE WITNESS: Okay. "Approve the
5 administrative rules and regulations of the several
6 directors, commissions or boards in charge of the
7 departments of the city government before such rules
8 and regulations shall be filed with the city clerk."
9 　　　MS. BADALAMENTI: Wait for a question.
10 　　　THE WITNESS: Okay.
11 BY MR. MUNGO:
12 Q. Excuse me, Mr. Mayor, one second.
13 　　　So, sir, does that provision apply to you
14 generally or specifically?
15 A. This would again be subject to interpretation. I
16 think --
17 Q. So it sounds to me you're saying generally it applies
18 to you?
19 　　　MS. BADALAMENTI: I don't think you should
20 put words in his mouth. Do you want him to answer the
21 question or not?
22 　　　MR. MUNGO: I really, Counsel, would beg
23 you please to make proper objections. That is not
24 proper.
25 　　　MS. BADALAMENTI: It is a proper

Page 59

1 objection. Would you like the witness to answer the
2 question?
3 　　　MR. MUNGO: Let me know when you're done
4 then, okay?
5 　　　MS. BADALAMENTI: That is so obnoxious. I
6 feel like I'm talking to my five year old when you say
7 that. "Let me know when you're done." Really?
8 　　　MR. MUNGO: I'm not going to insult you.
9 　　　MS. BADALAMENTI: "So let me know when
10 you're done."
11 　　　MR. MUNGO: But I am not going to insult
12 you, ma'am.
13 　　　MS. BADALAMENTI: You've said that about
14 20 times. Stop saying that.
15 　　　MR. MUNGO: I'm not going to insult you,
16 ma'am, okay.
17 　　　MS. BADALAMENTI: You asked him a
18 question. Do you want him to answer?
19 　　　MR. MUNGO: You and Mr. Acho have insulted
20 me several times already --
21 　　　MS. BADALAMENTI: Do you want him to
22 answer?
23 　　　MR. MUNGO: -- but I am not going to
24 return in like kind. I am not going to do that
25 because that's not me. Do you understand that?

Page 60

1 So let me know when you're done, ma'am.
2 　　　MS. BADALAMENTI: Again.
3 　　　MR. MUNGO: I hope you're deducting all
4 this from my time.
5 　　　MS. BADALAMENTI: No, that's all part of
6 your time. I was asking you to allow the witness to
7 answer the question. You have indicated that you will
8 not allow him to do so.
9 　　　The record should just reflect that the
10 witness has been unable to answer the question
11 regarding paragraph 11.
12 BY MR. MUNGO:
13 Q. Okay. Sir, does paragraph 11 apply to you generally
14 or specifically? And if yes or no, explain why.
15 A. Number one, I can't answer yes or no because this is
16 subject to interpretation.
17 　　　My interpretation, Mr. Mungo, here is that
18 at the time of the adoption of the city charter this
19 was a literal responsibility. Today each department
20 adopts their own rules and regulations and it's not
21 subject to my approval.
22 Q. So you're saying that you don't know whether or not
23 item 11 applies to you as your duties, current duties
24 as mayor --
25 　　　MS. BADALAMENTI: That's a

15 (Pages 57 to 60)

Mayor James Fouts
August 23, 2018

Page 93

1  Q. So you did testify earlier that you never approved any
2     of the policies and rules, administrative rules and
3     regulations?
4  A. Well --
5  Q. That you indicated earlier that you don't
6     micromanage --
7  A. Right.
8  Q. -- if there's a problem come up? So you don't approve
9     them, they enact whatever they want to do, and if a
10    problem comes up, then you address it, correct?
11 A. Correct.
12 Q. Okay, thank you.
13    Are the department heads that you appoint,
14    specifically the police commissioner since you've been
15    mayor, sir, has he been under your control and
16    supervision in all respects?
17 A. Not under my control. I don't control anybody,
18    Mr. Mungo.
19 Q. Or supervision in all respects?
20 A. I don't supervise the police commissioner. He runs
21    his department on a day-to-day basis, not I. I don't
22    control any department heads.
23 Q. Yes, sir, and that's always been the case since you've
24    been mayor, correct?
25 A. Correct.

Page 94

1  Q. Okay, thank you.
2     Sir, you brought with you -- and I want to
3     mark this as Deposition Exhibit Number 2.
4     MS. BADALAMENTI: I have an extra copy.
5     You can mark those and then you can have this copy.
6     Does that work for you?
7     MR. MUNGO: What difference does it make?
8     MS. BADALAMENTI: I don't know. I just
9     want to give you an extra copy so you can mark those
10    ones and put them in front of him.
11    (Exhibit Numbers 2-4 marked at 1:10 p.m.)
12    MR. MUNGO: So Deposition Exhibit 2 would
13    be the City of Warren antidiscrimination, sexual and
14    racial harassment policy.
15    MS. BADALAMENTI: And 3?
16    MR. MUNGO: And 3 would be the diversity
17    commissioner.
18    MS. BADALAMENTI: Okay.
19    MR. MUNGO: And 4 would be the employment
20    eligibility verification form.
21    MS. BADALAMENTI: Thank you. Are we on or
22    off?
23    MR. MUNGO: We're off. She's marking
24    exhibits.
25    MS. BADALAMENTI: If we're off, we're

Page 95

1     going to take a short break then.
2     (Pause in proceedings at 1:14 p.m.)
3     (Exhibit Numbers 5-9 marked at 1:14 p.m.)
4     (Back on the record at 1:22 p.m.)
5  BY MR. MUNGO:
6  Q. Mr. Mayor, I'm going to show you Deposition Exhibit
7     Number 2 -- Number 3, Number 2 and Number 5 and Number
8     6, Mr. Mayor. Just take a look at those documents,
9     sir, and let me know whether or not you have ever seen
10    those before, either one of them.
11 A. I did sign this. It was some time ago. It's part of
12    the city policy.
13 Q. Mr. Mayor, could you state the number of that exhibit,
14    please?
15 A. 2.
16 Q. Okay. And what is the title of that?
17 A. It's entitled antidiscrimination, sexual and racial
18    harassment policy.
19 Q. When did you sign that, sir? There's no date on that.
20 A. Yeah, I don't remember when I signed it. It's been
21    some time.
22 Q. It's been some time?
23 A. Yes. I think when I started we probably -- I signed
24    it then. It's a policy that's been --
25 Q. In 2007 you think?

Page 96

1  A. You know what? I can't speculate. With all due
2     respect, I can't remember when I signed it.
3  Q. Was the clerk provided with a copy of that document?
4  A. I'm not sure. I don't know.
5  Q. Well, you didn't know -- you would normally have not
6     given him that document anyway, would you?
7  A. I don't know. It would be subject to my office. I
8     would sign it, and then whoever would have been in
9     charge -- so this would have been through -- this
10    would been through --
11 Q. So the answer to my question --
12 A. -- human resources.
13 Q. So the answer to my question is you wouldn't know
14    that?
15 A. Correct, i wouldn't know if it had been given to the
16    clerk. This would be through the human resource
17    department. They give a number of things when they
18    hire someone, and anybody who is hired by the city
19    would get a copy of this.
20 Q. But you wouldn't know whether or not it was ever given
21    to the clerk of the city?
22 A. Not offhand, no.
23 Q. Look at the next exhibit, sir. What is that one?
24    MS. BADALAMENTI: 5.
25    THE WITNESS: 5, City of Warren

24 (Pages 93 to 96)

Mayor James Fouts
August 23, 2018

Page 97

1  antidiscrimination, sexual and racial harassment
2  policy.
3  BY MR. MUNGO:
4  Q.  Yes, sir, and I think Number 5 is a one-pager; is that
5      correct?
6  A.  Yes.
7  Q.  That's a one-pager. And have you ever seen that
8      document before?
9  A.  I may have. I see it's signed by Mark Steenburgh down
10     here.
11 Q.  So you don't -- so your testimony is that you don't
12     really recollect seeing that document before, correct?
13 A.  I may have. I probably did. I --
14 Q.  Yes, sir. And you don't know whether or not that
15     document was given to the clerk of the city, correct?
16 A.  Well, it's signed by Mark Steenburgh, so --
17 Q.  No, my question is you don't know whether or not that
18     document was even given to the clerk for processing,
19     correct?
20 A.  You would have to check with the clerk on that.
21         MS. BADALAMENTI: Do you know.
22 BY MR. MUNGO:
23 Q.  No, I'm asking do you know.
24 A.  Oh, no.
25 Q.  And then the next exhibit, sir, what is that?

Page 98

1      Diversity --
2          MS. BADALAMENTI: 6.
3  BY MR. MUNGO:
4  Q.  Yes, Number 6, is -- what is that document, sir?
5  A.  This general order is what I have next.
6  Q.  It's a general order. And what does that general
7      order address, sir?
8  A.  Discrimination and sexual harassment.
9  Q.  In which department, sir?
10 A.  I'm looking to see which department it is. It's got
11     subject, reference. Let's see, does it have it at the
12     end? Oh, it's labeled here police department.
13         MS. BADALAMENTI: I did point out for him
14     the symbol, sorry.
15         THE WITNESS: I was looking for police and
16     the symbol.
17         MS. BADALAMENTI: I was trying to help. I
18     probably shouldn't have done that.
19         MR. MUNGO: Who's talking now?
20         MS. BADALAMENTI: Sorry, I probably
21     shouldn't have done that, Mr. Mungo. I just pointed
22     to the symbol.
23         THE WITNESS: No, I was looking for what
24     department it was.
25         MR. MUNGO: What you shouldn't do is lie

Page 99

1  on me, Ms. Badalamenti, that's what you shouldn't do.
2  What you just did there was helpful.
3          MS. BADALAMENTI: That's very obnoxious,
4  Mr. Mungo. Let's continue, okay.
5          MR. MUNGO: Mr. Barnwell said I didn't
6  give him one deposition transcript and you lied to the
7  court.
8          MS. BADALAMENTI: I don't even know what
9  it means to lie on someone. I don't even know what
10 that means.
11         MR. MUNGO: I'm just letting you know that
12 it's okay to do things that's appropriate.
13         MS. BADALAMENTI: I don't know what it
14 means to lie on you. I don't know what that means.
15         MR. MUNGO: It's things that's
16 inappropriate that you shouldn't do.
17 BY MR. MUNGO:
18 Q.  So, Mr. Mayor, did you approve this document that was
19     drafted by the police commissioner Jere Green?
20 A.  No.
21 Q.  You didn't approve it?
22 A.  No.
23 Q.  Was it -- do you know whether or not it was filed with
24     the clerk of the city?
25 A.  I'm not aware. I don't know whether it was or wasn't.

Page 100

1  Q.  Okay, very good, very good, all right.
2          And this Deposition Exhibit Number 3, what
3      is this diversity commissioner?
4          MS. BADALAMENTI: Do you have that? He
5      doesn't have that.
6  BY MR. MUNGO:
7  Q.  Oh, Number 3, I'm sorry.
8  A.  All right. That is the description that we put
9      forward when I decided I was looking for a diversity
10     commissioner in the spring of 2016, and I worked with
11     Phil Easter, the human resource director at the time,
12     and this is what we came up with with what we were
13     looking for when we advertised for this back in the
14     spring and summer of 2016.
15         MR. MUNGO: Let the record reflect that
16 I'm about to show the deponent Deposition Exhibit
17 Number 7. There you go.
18         MS. BADALAMENTI: Thank you.
19         MR. MUNGO: There you go. And do you want
20 one, Mr. Vinson?
21         MR. VINSON: Yes, please, thank you.
22 BY MR. MUNGO:
23 Q.  Sir, have you ever seen that document before?
24 A.  I may have.
25 Q.  So you don't know?

25 (Pages 97 to 100)

Carroll Court Reporting
586-468-2411