## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: August 27, 2021

Ms. Kinikia D. Essix
Eastern District of Michigan at Flint
600 Church Street
Suite 140 Federal Building
Flint, MI 48502-0000

             Re:  Case No. 19-2460, *DeSheila Howlett v. City of Warren, MI, et al*
                  Originating Case No. : 4:17-cv-11260

Dear Clerk,

  Enclosed is a copy of the mandate filed in this case.

                                                  Sincerely yours,

                                                  s/Virginia Lee Padgett
                                                  Case Manager
                                                  Direct Dial No. 513-564-7032

cc:  Mr. James R. Acho
       Mr. Ronald G. Acho
       Mr. Leonard Mungo
       Mr. Stanley I. Okoli

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 19-2460

_____

Filed: August 27, 2021

DESHEILA HOWLETT

    Plaintiff - Appellee

v.

CITY OF WARREN, MI; LAWRENCE GARDNER; SHAWN JOHNSON; ANWAR KHAN

    Defendants - Appellants

## MANDATE

  Pursuant to the court's disposition that was filed 08/04/2021 the mandate for this case hereby issues today.

COSTS: None