UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**ORDER ESTABLISHING TRIAL DOCKET FOR THE PERIOD OF:
APRIL 19, 2023 – MAY 31, 2023
BEFORE THE HONORABLE TERRENCE G. BERG**

Listed below are the cases on this Court's trial docket for the period of April 19, 2023 through May 31, 2023. Counsel should be prepared to begin trial any time on **48 hours' notice** during this date range. It is counsel's responsibility in all cases after they have been so notified to contact my Case Manager, Amanda Chubb, at (313) 234-2644, to ascertain the status of the trial docket. Unless otherwise notified, this Court conducts trial 9:00 a.m. – 3:00 p.m..

1. 17-11260    Howlett v. Warren, City of et al
2. 17-12416    Rhodes v. State of Michigan et al
3. 18-13321    Lipian v. University of Michigan et al
4. 19-12045    Dickens v. Brennan
5. 19-13183    West v. Target

DATED this 6th day of January, 2023.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge