UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

DeSheila Howlett,

            Plaintiff(s),

v.                                              Case No. 4:17−cv−11260−TGB−RSW
                                                Hon. Terrence G. Berg

Warren, City of, et al.,

            Defendant(s),

## NOTICE OF TELEPHONIC CONFERENCE

PLEASE TAKE NOTICE that a telephonic conference has been scheduled before District Judge Terrence G. Berg as follows:

- STATUS CONFERENCE:  February 27, 2023 at 04:00 PM

The conference shall be initiated by counsel for plaintiff.

If possible, please refrain from the use of cell phones.  If a party wishes to be called at a number other than the one listed on the docket, please give that information to the party initiating the call.

**ADDITIONAL INFORMATION:**   Counsel for plaintiff shall initiate the call and dial (313) 234−2640 when all parties are present. Alternatively, parties can provide a teleconference number to all parties and the Court.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                  By: s/A Chubb
                                  Case Manager

Dated:   February 23, 2023