UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **DESHEILA HOWLETT**, <br><br> Plaintiff, <br> vs. <br><br> **CITY OF WARREN, SHAWN JOHNSON, ANWAR KHAN, & LAWRENCE GARNER**, <br><br> Defendants. | 4:17-CV-11260-TGB-RSW <br><br> **JUDGMENT** |

This action came before the Court for a trial by jury, and the jury has rendered its verdict. ECF No. 175. Pursuant to the jury verdict rendered on May 4, 2023, **IT IS ORDERED** that Plaintiff DeSheila Howlett recover $525,000.00 from Defendant City of Warren on Plaintiff's claims brought under 42 U.S.C. § 1983.

**IT IS FURTHER ORDERED** that Plaintiff DeSheila Howlett recover $1.00 in compensatory damages and $50,000.00 in punitive damages from Defendant Shawn Johnson on Plaintiff's claims brought under 42 U.S.C. § 1983.

**IT IS FURTHER ORDERED** that judgment is entered in favor of Defendant City of Warren on Plaintiff's claims brought under Title VII of the Civil Rights Act of 1964. Judgment is entered in favor of Defendants Anwar Khan and Lawrence Garner on Plaintiff's claims brought under 42 U.S.C. § 1983.

Dated at Detroit, Michigan: May 4, 2023

                                            BY THE COURT:

                                            s/Terrence G. Berg
                                            HON. TERRENCE G. BERG
                                            UNITED STATES DISTRICT JUDGE