**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: August 30, 2023

Ms. Raechel M. Badalamenti
Kirk, Huth, Lange & Badalament
19500 Hall Road, Suite 100
Clinton Township, MI 48038-0000

Mr. Mark Roy Bendure
Bendure & Thomas
15450 E. Jefferson Avenue, Suite 110
Grosse Pointe Park, MI 48230

Mr. Leonard Mungo
Mungo and Mungo
31700 Telegraph Road, Suite 250
Bingham Farms, MI 48025

Mr. Chad Riddle
Kirk, Huth, Lange & Badalament
19500 Hall Road, Suite 100
Clinton Township, MI 48038-0000

Ms. Elizabeth Patricia Roberts
Kirk, Huth, Lange & Badalament
19500 Hall Road, Suite 100
Clinton Township, MI 48038-0000

Re: Case No. 23-1504/23-1568, *DeSheila Howlett v. City of Warren, MI, et al*
Originating Case No. : 4:17-cv-11260

Dear Sir or Madam,

The Court issued the enclosed (Order/Opinion) today in this case.

Sincerely yours,

s/Connie A. Weiskittel
Mediation Administrator

cc: Ms. Kinikia D. Essix
Enclosure

No mandate to issue

Case No. 23-1504/23-1568

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

### ORDER

DESHEILA HOWLETT

    Plaintiff - Appellant Cross Appellee

v.

CITY OF WARREN, MI and SHAWN JOHNSON

    Defendants - Appellees Cross-Appellants

LAWRENCE GARDNER and ANWAR KHAN

    Defendants - Appellees [23-1504]

    In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the parties' stipulation to dismiss,

    It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

**ENTERED PURSUANT TO RULE 33,
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: August 30, 2023