UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DESHEILA C. HOWLETT,

    Plaintiff,

vs.

CITY OF WARREN, LT. LAWRENCE GARDNER, SHAWN JOHNSON and ANWAR KHAN,

    Defendants.

Case No. 17-11260
Hon. Terrence G. Berg
Mag. R. Steven Whalen

_____/

| | |
|---|---|
| MUNGO & MUNGO AT LAW, PLLC<br>By:  LEONARD MUNGO (P43562)<br>Attorneys for Plaintiff<br>31700 Telegraph Rd., Ste. 250<br>Bingham Farms, MI  48025<br>(248) 792-7557<br>caseaction@mungoatlaw.com<br><br>ETHAN VINSON (P26608)<br>City of Warren, City Attorney<br>Co-Counsel for Defendants<br>1 City Square, Ste. 400<br>Warren, MI  48093<br>(586) 574-4671<br>evinson@cityofwarren.org | KIRK, HUTH, LANGE & BADALAMENTI, PLC<br>By: ROBERT S. HUTH, JR. (P42531)<br>    RAECHEL M. BADALAMENTI (P64361)<br>    ELIZABETH P. ROBERTS (P76017)<br>    CHAD L. RIDDLE (P72784)<br>Attorneys for Defendants<br>19500 Hall Road, Suite 100<br>Clinton Township, MI  48038<br>(586) 412-4900<br>rhuth@KirkHuthLaw.com<br>rbadalamenti@KirkHuthLaw.com<br>eroberts@KirkHuthLaw.com<br>criddle@KirkHuthLaw.com |

## STIPULATION AND ORDER WITHDRAWING MOTIONS, SETTING ASIDE VERDICT, AND DISMISSING CASE WITH PREJUDICE

The parties having filed cross appeals following a Jury Trial, the parties having stipulated to the relief set forth herein, and the Court being otherwise advised;

The parties do hereby stipulate and agree to vacate and set aside the Jury's Verdict entered in this case at ECF #175 in all respect.

The parties further stipulate and agree to vacate, set aside and discharge the Judgment at ECF #176 and the Taxed Bills of Costs at ECF #194, #195 and #196.

The parties stipulate and agree to jointly withdraw pending Motions at ECF #189, #194 and #202.

Further, the Parties stipulate to dismiss all claims by Plaintiff against Defendants with prejudice and without costs.

IT IS SO ORDERED.

Dated: _September 15, 2023_____    /s/Terrence G. Berg_____
                                     HON. TERRENCE G. BERG
                                     UNITED STATES DISTRICT JUDGE

**Agreed as to form and substance
and Notice of Entry Waived:**

| s/Leonard Mungo | s/Raechel Badalamenti |
| --- | --- |
| LEONARD MUNGO (P43562) | RAECHEL M. BADALAMENTI (P64361) |
| Attorneys for Plaintiff | Attorneys for Defendants |
| 31700 Telegraph Rd., Ste. 250 | 19500 Hall Road, Suite 100 |
| Bingham Farms, MI  48025 | Clinton Township, MI 48038 |
| (248) 792-7557 | |
| caseaction@mungoatlaw.com | rbadalamenti@KirkHuthLaw.com |